United States District Court
For the Northern District of New York

UNITED STATES OF AMERICA
    Plaintiff

v.                        Case No.: 01-cr-235 LEK

Andrew T. Henry, et al.
    Defendants

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 0 2 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

## ORDER

This closed case is being prepared for storage at the Federal Archives and Records Center. It was filed, however, under seal or contains documents which were sealed by order of the Court. Because the Federal Archives and Records Center will not accept sealed records for storage, it is hereby

ORDERED that the parties show cause, within thirty (30) days of the date of this order, why the case or documents cannot be unsealed for storage. Failure to respond or show cause will result in the case or documents being unsealed and transferred to the Archives without further order.

Signed this _____ day of _____ NOV 0 2 2005 _____, 2005,

_____
Hon. Lawrence E. Kahn, U.S. District Court Judge